UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAWN SAPIEN,<br><br>        Plaintiff,<br><br>   v.<br><br>MINIDOKA COUNTY, CASSIA COUNTY; DIXIE TATE, JACOBY MAY, BRETT WRIGHT, BROOKE RAY, JOANN NOBLE, TRENT BODILY, LANCE STEVENSON; KRISTY RASMUSSON, EMILY MACDONALD, and Does 1-50,<br><br>        Defendants. | Case No. 4:09-cv-00417-BLW<br><br>**JUDGMENT** |

    In keeping with the Order filed on this date, IT IS ORDERED, ADJUDGED AND DECREED THAT this case is dismissed with prejudice in its entirety, with each party to bear their own costs and attorney fees. The case is hereby ordered closed.

DATED: October 21, 2011

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1